## No. 17,332.

DIXON ET AL. *v*. GITHENS ET AL.
(278 P. [2d] 581)

Decided December 27, 1954.   Rehearing denied January 24, 1955.

PER CURIAM.

Judgment affirmed en banc without written opinion. Mr. Chief Justice Stone did not participate in the consideration of this case.

Mr. FANCHER SARCHET, Mr. JOHN J. TOBIN, for plaintiffs in error.

Messrs. KELLY & CLAYTON, Messrs. RIFFENBURG & HARDEN, for defendants in error.